No. 91–8205. McCoy v. United States. C. A. 4th Cir. Certiorari denied.

No. 91–8208. Davis v. United States. C. A. 4th Cir. Certiorari denied.

No. 91–8210. Portwood v. United States. C. A. 8th Cir. Certiorari denied.

No. 91–8213. McCall v. Hesson, Warden. C. A. 6th Cir. Certiorari denied.

No. 91–8215. Metzger v. Ryan, Superintendent, State Correctional Institution at Dallas. C. A. 3d Cir. Certiorari denied.

No. 91–8252. Robinson v. Jabe, Warden. C. A. 6th Cir. Certiorari denied.

No. 90–1606. Attorney General of California et al. v. Trans World Airlines, Inc., et al. C. A. 5th Cir. Certiorari denied. Justice Blackmun would grant certiorari. Justice Souter took no part in the consideration or decision of this petition.

No. 91–142. Tidewater Marine Service, Inc., et al. v. Aubry et al. C. A. 9th Cir. Motion of Maritime Law Association of the United States for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 91–349. Pacific Merchant Shipping Assn. et al. v. Aubry, Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations of California. C. A. 9th Cir. Motion of American Waterways Operators, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 91–502. Public Utilities Commission of California et al. v. Federal Express Corp. C. A. 9th Cir. Motions of California Trucking Association, International Brotherhood of Teamsters, and National Association of Regulatory Utility Commissioners for leave to file briefs as amici curiae granted. Certiorari denied.

No. 91–1426. California v. Harden. Ct. App. Cal., 6th App. Dist. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.